**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TERRELL YOUNG, )
            Petitioner, )
                             ) 3:17-cv-00118-HDM-VPC
    v. )
ISIDRO BACA, et al. ) **ORDER**
           Respondents. )

Petitioner's motion for an extension of time (ECF No. 23) is GRANTED. Petitioner shall have up to and including June 3, 2018, within which to file an amended petition for writ of habeas corpus pursuant to 28 U.S.C. 2254.

IT IS SO ORDERED.

DATED: This 27th day of February, 2018.

                                       _____
                                       HOWARD D. MCKIBBEN
                                       UNITED STATES DISTRICT JUDGE