1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10  TERRELL YOUNG,                    )
                                      )
11          Petitioner,               )
                                      )        3:17-cv-00118-HDM-VPC
12      v.                            )
                                      )
13  ISIDRO BACA, et al.               )        **ORDER**
                                      )
14          Respondents.              )
                                      )
15  _____  )

16      Petitioner's motion for an extension of time (ECF No. 25) is

17  GRANTED. Petitioner shall have up to and including September 3, 2018,

18  within which to file an amended petition for writ of habeas corpus

19  pursuant to 28 U.S.C.  2254.

20      IT IS SO ORDERED.

21
        DATED: This 6th day of June, 2018.
22

23      _____
        HOWARD D. MCKIBBEN
24      UNITED STATES DISTRICT JUDGE

25
26
27
28