**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRELL YOUNG, | |
| Petitioner, | |
| v. | 3:17-cv-00118-HDM-VPC |
| ISIDRO BACA, et al. | **ORDER** |
| Respondents. | |

Petitioner's third motion for an extension of time (ECF No. 27) is GRANTED. Petitioner shall have up to and including November 20, 2018, within which to file an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

IT IS SO ORDERED.

DATED: This 22nd day of August, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE