**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TERRELL YOUNG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 3:17-cv-00118-HDM-VPC |
| v. | ) | |
| | ) | |
| ISIDRO BACA, et al. | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner's fourth motion for an extension of time (ECF No. 30) is GRANTED IN PART. Petitioner shall have up to and including December 20, 2018, within which to file an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. No further extensions of time are likely to be granted.

IT IS SO ORDERED.

DATED: This 21st day of November, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE