## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL YOUNG, | ) |
| Petitioner, | ) |
| | ) 3:17-cv-00118-HDM-VPC |
| v. | ) |
| ISIDRO BACA, et al. | ) **ORDER** |
| Respondents. | ) |

Respondents' motion for enlargement of time (ECF No. 38) is GRANTED. Respondents will have until April 5, 2019, to file a response to the second amended petition in this case.

IT IS SO ORDERED.

DATED: This 20th day of February, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE