# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TERRELL YOUNG, | ) | |
| Petitioner, | ) | |
| | ) | 3:17-cv-00118-HDM-VPC |
| v. | ) | |
| ISIDRO BACA, et al. | ) | **ORDER** |
| Respondents. | ) | |

Respondents' second motion for enlargement of time (ECF No. 41) is GRANTED. Respondents will have until April 19, 2019, to file a response to the second amended petition in this case.

IT IS SO ORDERED.

DATED: This 5th day of April, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE