**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRELL YOUNG, | ) |
| Petitioner, | ) |
| | ) 3:17-cv-00118-HDM-VPC |
| v. | ) |
| | ) |
| ISIDRO BACA, et al. | ) **ORDER** |
| | ) |
| Respondents. | ) |

Petitioner's unopposed motion for enlargement of time (ECF No. 57) is GRANTED. Petitioner will have until June 17, 2019, to file an opposition to the motion to dismiss in this case.

IT IS SO ORDERED.

DATED: This 9 day of May, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE