**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TERRELL YOUNG,                    )
                                  )
       Petitioner,          )
                                  )          3:17-cv-00118-HDM-CBC
   v.                        )
                                  )
ISIDRO BACA, et al.               )          **ORDER**
                                  )
       Respondents.         )
                                  )
_____   )

    Petitioner's second motion for extension of time (ECF No. 59) is GRANTED. Petitioner will have until August 16, 2019, to file a response to the respondents' motion to dismiss.

    IT IS SO ORDERED.

    DATED: This 14th day of June, 2019.


_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE