UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TERRELL YOUNG, | Case No. 3:17-cv-00118-HDM-CBC |
|---|---|
| Petitioner, | |
| v. | **ORDER** |
| ISIDRO BACA, et al., | |
| Respondents. | |

Petitioner's third unopposed Motion for an Extension of Time (ECF No. 62) is GRANTED. Petitioner will have until September 16, 2019, to oppose Respondents' Motion to Dismiss (ECF No. 43).

In addition, Respondents' Motion to Waive Compliance with LSR 3-3 (ECF No. 44) is GRANTED. No response was filed and the deadline for doing so has expired. Good cause appearing, the complete state court record filed by Respondents at Exhibits (ECF Nos. 45-56) is deemed properly filed.

IT IS SO ORDERED.

DATED: this 9th day of August, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

1