UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL YOUNG,<br><br>              Petitioner,<br>   v.<br><br>BACA, et al.,<br><br>              Respondents. | Case No. 3:17-cv-00118-HDM-CLB<br><br>ORDER |

Good cause appearing, respondents' unopposed motion for extension of time (ECF No. 71) is GRANTED. Respondents will have until January 10, 2020, to file an answer to the petition in this case. Petitioner will have to and including February 10, 2020, to file his reply and any motions for discovery or an evidentiary hearing. No further extensions of time will be granted.

IT IS SO ORDERED.

DATED: This 26th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE