UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL YOUNG,<br><br>           Petitioner,<br>    v.<br><br>BACA, et al.,<br><br>           Respondents. | Case No. 3:17-cv-00118-HDM-CLB<br><br>ORDER |

Petitioner's unopposed motion for enlargement of time (ECF No. 74) is GRANTED IN PART. Petitioner will have until February 28, 2020, to file his reply to respondents' answer. No further extensions of time will be granted.

IT IS SO ORDERED.

DATED: This 10th day of February, 2020.

                                        _/s/ Howard D. McKibben_
                                        UNITED STATES DISTRICT JUDGE