UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL YOUNG,<br><br>                Petitioner,<br>   v.<br>BACA, et al.,<br><br>                Respondents. | Case No. 3:17-cv-00118-HDM-CLB<br><br>ORDER |

Absent from the state court record in this case are the transcripts and audio recordings of petitioner's statements during police interrogation, which are the subject of Ground One of the petition. Accordingly, IT IS THEREFORE ORDERED that, within ten days of the date of this order, respondents shall file with this court either the complete transcripts, or the audio recordings, of the petitioner's statements, which were considered by the state court in deciding petitioner's motion to suppress and/or were introduced during the petitioner's trial. (*See* ECF 51-25 at 3-4; Ex. 275 (Tr. 43-46) (admitting Exhibits 262 and 263 and playing petitioner's statement for the jury)).

IT IS SO ORDERED.

DATED: This 16th day of March, 2020.

                                                      Howard D. McKibben
                                          UNITED STATES DISTRICT JUDGE

1